# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 2, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162076(68)

DEAN McMASTER,
      Plaintiff-Appellant,

v

SC: 162076
COA: 339271
Oakland CC: 2015-147414-NO

DTE ENERGY COMPANY and FERROUS
PROCESSING AND TRADING COMPANY,
d/b/a FERROUS PROCESSING & TRADING
CO.,
      Defendants,
and

DTE ELECTRIC COMPANY,
      Defendant-Appellee.
_____/

      On order of the Chief Justice, the motion of defendant-appellee to extend the time for filing its answer to the application for leave to appeal is GRANTED. The answer submitted on December 30, 2020, is accepted as timely filed.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 2, 2021



Clerk